## No. 264

No. 19843—William M. Briggs v. The Gilbert Grocery Co. Error to the Court of Appeals of Scioto County.

**211. CAUSES OF ACTION—Where employment of director covers a period of years in the capacities of treasurer and general manager and president and general manager, each period constitutes a separate contract and cause of action, and motion to separately state and number sustained.**

**313. CORPORATIONS—Officer and director cannot recover against corporation for extra compensation where board of directors, three of whom were officers, voted for such extra compensation in their favor.**

DAY, J.

1. In an action against a corporation to recover extra compensation or a bonus, brought by a director of such corporation, growing out of separate and distinct contracts of employment as treasurer and general manager and as president and general manager, covering a series of years, each period of employment constitutes a separate contract and cause of action, and a motion to separately state and number such causes of action should be sustained.

2. Under single annual resolutions adopted by a board of five directors, salaries and extra compensation were fixed for three officers, who were also members of the board and as such voted for such resolutions. The extra compensation so fixed was based upon the annual earnings of the company, after payment of certain per centum dividends on the issued stock of the corporation.

HELD: Since said resolutions were adopted by aid of the vote of the three interested directors, such resolutions are illegal and not sufficient upon which to base an action by the officer seeking to recover such extra compensation, after having voted in favor of such resolution.

Judgment affirmed.

Marshall, CJ., Allen, Kinkade, Robinson and Matthias, JJ., concur. Jones, J., dissents.

---

## No. 265

No. 19988—Charles P. Lynch v. Board of Education of City of Lakewood. Error to the Court of Appeals of Cuyahoga county.

**969a. PUBLIC FUNDS—1. Advisory duty imposed upon Attorney General by virtue of 286 GC., in recovery of public money illegally expended by political subdivision of state.**

**2. Where board of education makes such expenditures primary duty is upon city solicitor and failure to discharge such duty resulting in an adverse judgment does not destroy court's jurisdiction or render void the judgment.**

MARSHALL, C. J.

1. Section 286, General Code, imposes an advisory duty upon the attorney general in regard to the recovery of public money illegally expended by any political subdivision of the state, and where such expenditures are not made from the state treasury.

2. Where such expenditures are made by a board of education of a city, the primary official duty and responsibility rests upon the city solicitor or director of law, and a failure to discharge that duty and a failure by him to co-operate with the attorney general, resulting in an adverse judgment, does not destroy the jurisdiction of the court, or render the judgment void.

3. Where the court rendering judgment has jurisdiction of the subjectmatter of the action and of the parties, and fraud has not intervened, and the judgment is voluntarily paid by satisfied, such payment puts an end to the controversy, and takes away from the defendant the right to appeal or prosecute error or even to move for vacation of judgment.

Judgment reversed.

Allen, Kinkade and Robinson, JJ., concur.

---

## Publisher's Announcement

---

## NOW READY!

---

The first issue of Page's Code Service Annotated contains the annotations to Page's Annotated Ohio General Code from Sept. 1, 1925, to Feb. 1, 1927. These Annotations consist of notes of decisions of the Courts of Ohio, together with the opinions of the Attorneys General, which in any manner construe the sections of the General Code.

It also contains the official advance sheets of Volume 112 Ohio Laws, so far as printed. Each subscriber will receive weekly the remaining official advance sheets of Volume 112 Ohio Laws, until all of Volume 112 is supplied. These official advance sheets may readily be inserted in the binder which accompanies Page's Code Service Annotated.

Number two of Page's Code Service, which will be issued as soon as possible after the adjournment of the Legislature, will be a permanent service, wherein the new laws, amendments and repeals enacted in Volume 112 Ohio Laws will be joined with annotations in their numerical order.

Page's Code Service Annotated will be issued twice yearly, price $7.50 per annum.

---

Respectfully yours,
THE W. H. ANDERSON COMPANY.